# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00167-CV

### In re Carly Marlow

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of a temporary restraining order entered by the trial court. Having reviewed the petition and the record provided, as well as the Thirty-Sixth Emergency Order Regarding the COVID-19 State of Disaster, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a). Relator's motion for temporary relief is denied.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: April 13, 2021